# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JASON TODD KINDLE, Defendant. | 2:05-cr-073-RLH-LRL **O R D E R** |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#40, filed January 3, 2006), entered by the Honorable Lawrence R. Leavitt, regarding Defendant's Motion to Suppress Firearm and Statements (#16). An objection (#50) was filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed a Response (#51) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be affirmed.

. . . .

. . . .

. . . .

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#40, entered January 3, 2006) is AFFIRMED, and Defendant's Motion to Suppress Firearm and Statements (#16) is denied.

Dated: February 28, 2006.

**ROGER L. HUNT**
**U.S. District Judge**